**Motion Denied; Appeal Dismissed and Memorandum Opinion filed June 16, 2022**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00360-CV

---

## IN THE INTEREST OF J.A.T., A CHILD

---

### On Appeal from the 314th District Court
### Harris County, Texas
### Trial Court Cause No. 2021-00441J

---

## MEMORANDUM OPINION

This is an attempted appeal from a final order of termination signed March 10, 2022. Appellant's notice of appeal was filed May 17, 2022.

An appeal from an order terminating the parent-child relationship is accelerated and governed by the rules for accelerated appeals in civil cases. Tex. Fam. Code Ann.§§ 109.002(a), 263.405(a). In an accelerated appeal, the notice of appeal must be filed within 20 days after the judgment or order is signed. Tex. R. App. P. 26.1(b). Moreover, neither a motion for new trial, a request for findings of fact and conclusions of law, nor any other post-trial motion in the trial court will

extend the deadline for filing a notice of appeal under rule 26.1(b) of the Texas Rules of Appellate Procedure. Tex. Fam. Code Ann. § 263.405(c); *In re K.A.F.*, 160 S.W.3d 923, 928 (Tex. 2005).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion to extend of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 9 (1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18. Appellant's notice of appeal was not filed within the fifteen-day period provided by rule 26.3.

On May 26, 2022, notification was transmitted to all parties that the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's appointed counsel filed a motion to extend time to file the notice of appeal wherein she alleged that she did not receive notice of her appointment on this appeal until May 17, 2022. This court, however, does not have jurisdiction to consider any appeal unless our jurisdiction has been timely invoked. *In re R.B.M.*, 338 S.W. 3d 755, 758 (Tex. App.—Houston [14th Dist.] 2011, no pet.). Although appellant may pursue an out-of-time appeal on these grounds in a higher court, we may not suspend the rules to alter the time to perfect a civil appeal. *See id.*

Accordingly, appellant's motion to extend time to file a notice of appeal is denied and the appeal is dismissed.


PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.